UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>CURTIS C. RUFF AND<br>ILAGENE F. RUFF, HUSBAND<br>AND WIFE,<br><br>          Plaintiffs,<br><br>v.<br><br>AMERICA'S SERVICING CO., U.S. BANK,<br>N.A., AMERICAN SECURITY INSURANCE<br>COMPANY, MORTGAGE CONTRACTING<br>SERVICES, AND JOHN DOE,<br><br>          Defendants. | Case No.: 2:07-cv-489<br><br>JUDGE GARY L. LANCASTER<br><br>**ELECTRONICALLY FILED** |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed to by counsel for Plaintiffs and Defendants that Plaintiffs' claims against Defendant American Security Insurance Company be dismissed with prejudice. Proof of signature of all counsel is attached as Exhibit A.

DATED the 30th day of July, 2007.

SO ORDERED this 30th day of July, 2007.

_____
Gary L. Lancaster, U.S. District Judge