IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
CURTIS C. RUFF AND ILAGENE F.　　　　No. 2:07-cv-489
RUFF, HUSBAND AND WIFE,

　　　　Plaintiffs,　　　　　　　　　　JUDGE GARY L. LANCASTER

v.

AMERICA'S SERVICING COMPANY,
U.S. BANK N.A., AMERICAN
SECURITY INSURANCE COMPANY,　　**ELECTRONICALLY FILED**
MORTGAGE CONTRACTING
SERVICES AND JOHN DOE,

　　　　Defendants.

## STIPULATION AND ORDER OF DISMISSAL

It is hereby stipulated and agreed to by counsel for Plaintiffs and Defendant, Mortgage Contracting Services, that all claims against Defendant, Mortgage Contracting Services, be dismissed with prejudice.

DATED this 25th day of September, 2007.


___/s/ Mark B. Peduto_____　　　　___/s James A. McGovern_____
Mark B. Peduto, Esquire　　　　　　　　　James A. McGovern, Esquire
Pa. ID No. 62923　　　　　　　　　　　　　Pa. ID No. 61361

Peduto & Associates, LLC　　　　　　　　Marshall, Dennehey, Warner, Coleman &
1412 Mt. Royal Boulevard　　　　　　　　Goggin
Glenshaw, PA 15116　　　　　　　　　　　US Steel Tower, Suite 2900
412/492-7020　　　　　　　　　　　　　　 600 Grant Street
Counsel for Plaintiffs　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　　　  412/803-1140
　　　　　　　　　　　　　　　　　　　　  Counsel for Defendant,
　　　　　　　　　　　　　　　　　　　　  Mortgage Contracting Services

It is hereby ORDERED, ADJUDGED and DECREED that all claims against Defendant, Mortgage Contracting Services, are hereby dismissed, with prejudice, from this action.

s/Gary L. Lancaster_____ J.
Gary L. Lancaster,
United States District Judge