UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CURTIS C. RUFF AND ILAGENE F. RUFF, HUSBAND AND WIFE,<br><br>    Plaintiffs,<br><br>v.<br><br>AMERICA'S SERVICING COMPANY, U.S. BANK, N.A., AMERICAN SECURITY, INSURANCE COMPANY, MORTGAGE CONTRACTING SERVICES AND JOHN DOE,<br><br>    Defendants. | Civil Action No. 07-489<br><br>Judge Lancaster |

## ORDER OF COURT

AND NOW this 19th day of Nov_____, 2007 IT IS HEREBY ORDERED that Defendants' Motion to Compel Plaintiff to Appear for Her Deposition and For Other Relief is **GRANTED**. The Court hereby orders as follows:

(a) The discovery deadline is hereby extended from November 9, 2007 until December 7, 2007 for the limited purpose of allowing Defendants to depose Plaintiff and Messrs. Elms and Burgan;

(b) Plaintiff shall appear for her deposition on or before December 7, 2007 at the office of Reed Smith LLP, 435 Sixth Avenue, Pittsburgh, PA 15219 at a time convenient for the parties and their counsel;

(c) Plaintiff or her counsel shall pay Bauer Court Reporting $35.00 in connection with her failure to appear for her November 7, 2007 deposition on or before November 30, 2007; and

(d) Plaintiff or her counsel shall pay the reasonable attorney's fees incurred by Defendants associated with her failure to appear for her November 7, 2007 deposition. Defendants shall submit an affidavit detailing their attorney's fees on or before December 14, 2007.

_____
Gary L. Lancaster
United States District Judge