# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CURTIS C. RUFF AND ILAGENE F. RUFF, HUSBAND AND WIFE, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICA'S SERVICING COMPANY, U.S. BANK, N.A., AMERICAN SECURITY, INSURANCE COMPANY, MORTGAGE CONTRACTING SERVICES AND JOHN DOE, <br><br> Defendants. | Civil Action No. 07-489 <br><br> Judge Lancaster |

## ORDER OF COURT

AND NOW this 18th day of Dec, 2007, this matter is before the Court on Defendants' Petition for Attorney's Fees. Within 30 days from the date of this Order, Plaintiff and/or her attorney, Mark B. Peduto, are ordered to pay Defendants $1,000 in attorneys' fees incurred for Plaintiff's failure to attend her deposition.

_____
Gary L. Lancaster
United States District Judge

Dated: 12/18/07