**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CURTIS C. RUFF AND<br>ILAGENE F. RUFF, HUSBAND<br>AND WIFE,<br><br>     Plaintiffs,<br><br>     v.<br><br>AMERICA'S SERVICING COMPANY, U.S.<br>BANK, N.A., AMERICAN SECURITY,<br>INSURANCE COMPANY, MORTGAGE<br>CONTRACTING SERVICES AND JOHN<br>DOE,<br><br>     Defendants. | )<br>)<br>)<br>) Civil Action No. 07-489<br>)<br>)<br>)<br>)<br>) Judge Lancaster<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate that Plaintiff is dismissing any and all claims against Defendants America's Servicing Company and U.S. Bank, N.A. arising from the alleged break-in, theft and trespass of Plaintiff's property as alleged in the Complaint, including Count V (punitive damages) of the Complaint.

Respectfully submitted,

_/s/ K. Issac deVyver_
Perry Napolitano
PA I.D. 56789
pnapolitano@reedsmith.com
K. Issac deVyver
PA I.D. 202655
kdevyver@reedsmith.com
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886
Telephone: (412) 288.3131
Facsimile: (412) 288.3063

_Counsel for Defendants_
_America's Servicing Company and U.S. Bank, N.A._

Dated: December 18, 2007

_/s/ Mark. B. Peduto_
Mark B. Peduto
PA I.D. 62923
pedutolaw@hotmail.com
1412 Mt. Royal Boulevard
Glenshaw, PA 15116
Telephone: (412) 492.7020
Facsimile: (412) 492.9101

_Counsel for Plaintiff_

SO ORDERED, this 18th day of December, 2007.

Gary L. Lancaster, U.S. District Judge

- 2 -