IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CURTIS C. RUFF and ILAGENE F. RUFF, HUSBAND and WIFE<br>    Plaintiffs,<br><br>vs.<br><br>AMERICA'S SERVICING COMPANY, U.S. BANK, N.A., AMERICAN SECURITY, INSURANCE COMPANY, MORTGAGE CONTRACTING SERVICES AND JOHN DOE<br>    Defendants. | Civil Action No. 07-0489 |

ORDER

Gary L. Lancaster,
District Judge.                                    March 26, 2008

This is a breach of contract case. Defendants America's Servicing Company and U.S. Bank, N.A. filed a motion for summary judgment on February 4, 2008. [Doc. No. 41]. Consistent with Local Rule 56.1(B)(1), defendants filed a statement of uncontested material facts in support of their motion for summary judgment. [Doc. No. 43]. Plaintiff's response to defendants' statement of uncontested material facts was due on February 25, 2008. [Doc. No. 38]. Plaintiff, however, has yet to respond to defendants' statement of uncontested material facts as required by Local Rule 56.1(C)(1).

IT IS HEREBY ORDERED that if plaintiff does not respond within fourteen (14) days, plaintiff will be deemed to have admitted defendants' statement of material facts pursuant to Local Rule 56.1(E).

BY THE COURT:

_____
Gary L. Lancaster
United States District Judge

cc: All counsel of record